No. 81–1239. STEPHENS ET AL. v. BLACK ET UX. C. A. 3d Cir. Certiorari denied. JUSTICE POWELL and JUSTICE O'CONNOR would grant certiorari.

No. 81–1349. DELLWAY VILLA OF TENNESSEE, LTD., ET AL. v. JORDAN ET AL. C. A. 6th Cir. Motion of respondent Charlie Mai Jordan for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–5876. WILLIAMS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 81–6056 (A–711). MUINA ET AL. v. MONTANA ET AL. C. A. 9th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied.

No. 81–819. STAINBROOK v. PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, 454 U. S. 1146;

No. 81–830. GIESEY v. DEVINE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL., *ante,* p. 908;

No. 81–965. GUTTER v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., *ante,* p. 909;

No. 81–5624. ARNOLD v. MARSHALL ET AL., *ante,* p. 922;

No. 81–5632. IN RE DOWNS, 454 U. S. 1121;

No. 81–5713. CORTEZ, AKA CORTEZ-ESPINOZA v. UNITED STATES, *ante,* p. 923; and

No. 81–5749. MORGAN v. MONTGOMERY, WARDEN, GEORGIA STATE PRISON, *ante,* p. 927. Petitions for rehearing denied.